96

141 A.3d 435

Jeffrey E. PERELMAN, and Jep Management, Inc.,
as Equitable Subrogee of Jeffrey E. Perelman

v.

Raymond G. PERELMAN; Dilworth Paxson, LLP: Joseph Jacovini; Lawrence McMichael; Marjorie Obod; Ronald Perelman; Haines & Associates; Clifford E. Haines; Buckley, Brion, McGuire, Morris & Sommer LLP; Andrew C. Eckert; Sigmund Fleck; Gunster, Yoakley & Stewart, P.A.; and George S. Lemieux.

Petition of Dilworth Paxson LLP, Joseph Jacovini,
Lawrence McMichael and Marjorie Obod.

Supreme Court of Pennsylvania.

June 22, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of June, 2016, the Petition for Allowance of Appeal and Application for Leave to File Reply Brief are **DENIED.**

Justices DONOHUE and WECHT did not participate in the consideration or decision of this matter.